UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

SIMEON BRIGGS

v.                                                                                      CA 10-347 ML

A.T. WALL, et al.

## ORDER

This matter is before the Court on review of a Report and Recommendation issued by Magistrate Judge Hagopian on August 31, 2010. No objection was filed. I have reviewed the Report and Recommendation and adopt it in its entirety. The claims against Defendants Wall and Bouchard are hereby DISMISSED.

SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
September 27, 2010